IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ANTHONY YAWN,**

    **Plaintiff,**

v.                                          Case No. 1:22-cv-124-AW-MJF

**WARDEN MALLOY, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's Report and Recommendation. ECF No. 11. And I have considered de novo the issues raised in Plaintiff's objections. ECF No. 12. I now adopt the Report and Recommendation and incorporate it into this order.

As the magistrate judge explains, Plaintiff did not accurately disclose his litigation history. A pro se prisoner's failure to do so—and his wrongfully certifying under oath facts about this history—imposes burdens on the court. Plaintiff suggests it was an innocent oversight, but as the magistrate judge notes, Plaintiff recently received papers in the undisclosed matter.

I also agree with the magistrate judge that anything short of dismissal would amount to no penalty at all. In determining that this is the appropriated result, I have considered the fact that the dismissal will be without prejudice and that there is no indication that an applicable statute of limitations has run in the meantime.

1

Last, Plaintiff's motion for appointed counsel (ECF No. 14) will be denied because Plaintiff has no statutory or constitutional right to counsel in this circumstance, and he has not shown that appointed counsel is otherwise appropriate or necessary. There are no special circumstances warranting appointed counsel.

It is now ORDERED:

1. The motion to appoint counsel (ECF No. 14) is DENIED.

2. The Report and Recommendation (ECF No. 11) is adopted and incorporated into this order.

3. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed without prejudice for an abuse of the judicial process."

4. The clerk will close the file.

SO ORDERED on August 15, 2022.

s/ *Allen Winsor*  
United States District Judge